UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | CaseNumber: 14-10491 |
| Chapter 13 Administration | Debtor(s): JOHN C ESENWA |

## LINE DEPOSITING FUNDS INTO COURT REGISTRY

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$4,234.35** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 08/25/2019

Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| JOHN C ESENWA<br>6074 SHEPHERD SQUARE<br>COLUMBIA, MD,   21044 | 0 | $4,234.35 |
| Total | | $4,234.35 |